**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

Alfred Trippett, on behalf of herself and all Others similarly situated,

Plaintiffs,

-against-

FIVE BELOW, INC.

Defendant.

---------------------------------------------------------------x

Civil Action No. 1:24-cv-6509

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Alfred Trippett, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: November 22, 2024

By: Gabriel Levy
_______________________

Gabriel A. Levy, Esq .
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com